**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ELECTRO SCIENTIFIC INDUSTRIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FOSSIL GROUP, INC., and MISFIT, INC.,**<br><br>Defendants. | C.A. No. 3:18-cv-01355-M<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' NOTICE COMPLIANCE WITH P.R. 4-1

Defendants Fossil Group, Inc. and Misfit, Inc. ("Fossil") hereby provides notice that on February 1, 2019, it served its Proposed Terms and Claim Elements for Construction for the Asserted Patents under Miscellaneous Order 62 ¶ 4-1 via electronic mail.

Dated: February 1, 2019

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Ricardo J. Bonilla*
    Neil J. McNabnay
    mcnabnay@fr.com
    Texas Bar No. 24002583
    David Conrad
    conrad@fr.com
    Texas Bar No. 24049042
    Ricardo J. Bonilla
    rbonilla@fr.com
    Texas Bar No. 24082704
    Andria Rae Crisler
    crisler@fr.com
    Texas Bar No. 24093792

    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 - Telephone
    (214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANTS**
**FOSSIL GROUP, INC. AND MISFIT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla